# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>an office which occupies the first door on the right after<br>entering the Humphreys County Court House, located at<br>100 North Court Square, Waverly, TN 37185 | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.    **19-MJ-2210** |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     Middle     District of     Tennessee
*(identify the person or describe the property to be searched and give its location)*:

     See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

     See Attachement B

**YOU ARE COMMANDED** to execute this warrant on or before     October 3, 2019     *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     U.S. Magistrate Judge Jeffery S. Frensley     .
                                                                    *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
     ☐ for _____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:     9|19|2019; 8:30 AM                 _____
                                                                  *Judge's signature*

City and state:     Nashville, Tennessee                       U.S. Magistrate Judge Jeffery S. Frensley
                                                                           *Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.:<br>1000296738 | Date and time warrant executed:<br>9/24/19 @ 12:30 PM | Copy of warrant and inventory left with:<br>On Desk in locked office |
| Inventory made in the presence of :<br>Bradley Cohen | | |
| Inventory of the property taken and name of any person(s) seized: | | |

See Attachment

**Certification**

     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/1/19

_____
*Executing officer's signature*

Russell Dotson, Special Agent
*Printed name and title*

# Inventory Listing of Warrant Items Seized at Search Warrant Site

**Site Name:**
Humphreys County
Courthouse
100 North Court Square,
Waverly, TN 37185

**Investigation Number:**
1000296738
**Starting Date and Time:**
09/24/2019 12:30 PM
**Ending Date and Time:**
09/24/2019 01:54 PM

**Report Date:**
Thursday, September 26,
2019

---

| **Control #:** | 1 | **Evidence Box:** | 1 |
|---|---|---|---|
| **Location:** | Rear Office | **Locator Code:** | Room B |
| **Found:** | Left rear corner of room | | |
| **Description:** | Seized Per Warrant    Client Files - Waverly Releases | | |

---

| **Control #:** | 2 | **Evidence Box:** | 2 |
|---|---|---|---|
| **Location:** | Rear Office | **Locator Code:** | Room B |
| **Found:** | Left rear corner of room | | |
| **Description:** | Seized Per Warrant    Client files - 2014 - 2017 Kristy Barnett to Michael Holt - payment records | | |

---

| **Control #:** | 3 | **Evidence Box:** | 3 |
|---|---|---|---|
| **Location:** | Front Office | **Locator Code:** | Room A |
| **Found:** | Black file bin - white file bin | | |
| **Description:** | Seized Per Warrant    Client files - current | | |

---

| **Control #:** | 4 | **Evidence Box:** | 4 |
|---|---|---|---|
| **Location:** | Rear Office | **Locator Code:** | Room B |
| **Found:** | Left rear corner of room | | |
| **Description:** | Seized Per Warrant    Client files - Payment records - 6/27/13-1/3/13 John Omarer - Greta Flowers | | |

---

| **Control #:** | 5 | **Evidence Box:** | 5 |
|---|---|---|---|
| **Location:** | Rear Office | **Locator Code:** | Room B |
| **Found:** | Left rear corner of room | | |
| **Description:** | Seized Per Warrant    Release forms - 9/2015 - 12/2016 Kerri Brazzle - Joulyn Goodwin | | |

---

| **Control #:** | 6 | **Evidence Box:** | 6 |
|---|---|---|---|
| **Location:** | Rear Office | **Locator Code:** | Room B |
| **Found:** | Left rear corner of room | | |
| **Description:** | Seized Per Warrant    Release files - 1/3/2017 - 3/27/2018 Melissa Cunningha - Nicholas Niholff | | |

---

Case 3:19-mj-02210   Document 4   Filed 10/21/19   Page 3 of 6 PageID #: 56

| **Control #:** | 7 | | **Evidence Box:** | 7 |
| **Location:** | Rear Office | | **Locator Code:** | Room B |
| **Found:** | Left corner of room | | | |
| **Description:** | Seized Per Warrant | Release files 6/14 - 8/15 Josh French - Chad Hicks | | |

| **Control #:** | 8 | | **Evidence Box:** | 8 |
| **Location:** | Rear Office | | **Locator Code:** | Room B |
| **Found:** | Filing Cabinet 2ns and 5th Drawer | | | |
| **Description:** | Seized Per Warrant | Current Case Records w/Payment schedules | | |

| **Control #:** | 9 | | **Evidence Box:** | 9 |
| **Location:** | Rear Office | | **Locator Code:** | Room B |
| **Found:** | Filing Cabinet - Drawer 5 | | | |
| **Description:** | Seized Per Warrant | Current Case Records w/Payment Schedules | | |

| **Control #:** | 10 | | **Evidence Box:** | 10 |
| **Location:** | Rear Office | | **Locator Code:** | Room B |
| **Found:** | Filing Cabinet 2nd Drawer | | | |
| **Description:** | Seized Per Warrant | Current Case Records w/Payment Schedules | | |

| **Control #:** | 11 | | **Evidence Box:** | 11 |
| **Location:** | Rear Office | | **Locator Code:** | Room B |
| **Found:** | Black Shelves - left of room | | | |
| **Description:** | Seized Per Warrant | Compaq Laptop Computer S/N: CNF6070RSW Presario W/computer bag-power cord-disk | | |

| **Control #:** | 12 | | **Evidence Box:** | 12 |
| **Location:** | Rear Office | | **Locator Code:** | Room B |
| **Found:** | Filing Cabinet - 1st Drawer (top) | | | |
| **Description:** | Seized Per Warrant | Case Folders w/Payment Schedules | | |

| **Control #:** | 13 | | **Evidence Box:** | 13 |
| **Location:** | Rear Office | | **Locator Code:** | Room A |
| **Found:** | Top Middle Drawer of desk - blue bank bag | | | |
| **Description:** | Seized Per Warrant | Blank Deposit Slips; First Federal Deposit slips 2013-2019 | | |

| **Control #:** | 14 | | **Evidence Box:** | 13 |
| **Location:** | Front Office | | **Locator Code:** | Room A |
| **Found:** | Misty Rushing Purse | | | |
| **Description:** | Seized Per Warrant | Receipts (Aug 2019); TN Dept Rev mail to MOP | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 15 | | **Evidence Box:** | 13 |
| **Location:** | Front Office | | **Locator Code:** | Room A |
| **Found:** | In red bag under the brown desk | | | |
| **Description:** | Seized Per Warrant | Contract b/w Monton and State of TN/ Multiple Calendar/Dockets | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 16 | | **Evidence Box:** | 13 |
| **Location:** | Front Office | | **Locator Code:** | Room A |
| **Found:** | Black bag on Floor | | | |
| **Description:** | Seized Per Warrant | 11/15 - Invoice; In-service training docs; Jennifer Sandoral File | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 17 | | **Evidence Box:** | 13 |
| **Location:** | Front Office | | **Locator Code:** | Room A |
| **Found:** | Black Bag #2 on Floor/under desk | | | |
| **Description:** | Seized Per Warrant | Binder of Intakes (13-19); VOP & FTA (2013) | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 18 | | **Evidence Box:** | 13 |
| **Location:** | Front Office | | **Locator Code:** | Room A |
| **Found:** | Top left drawer | | | |
| **Description:** | Seized Per Warrant | Rushing - W2 (13,14,15); MOP Payroll Journal; 2017 Timesheet | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 19 | | **Evidence Box:** | 13 |
| **Location:** | Front Office | | **Locator Code:** | Room A |
| **Found:** | Top right desk drawer | | | |
| **Description:** | Seized Per Warrant | Receipt Books - 2019, Receipts | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 20 | | **Evidence Box:** | 13 |
| **Location:** | Front Office | | **Locator Code:** | Room A |
| **Found:** | 2 Drawer filing cabinet (inside) | | | |
| **Description:** | Seized Per Warrant | 2013 -2017 Monthly/Quarterly/Yearly reports Cash Bond Request binder | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 21 | | **Evidence Box:** | 14 |
| **Location:** | Front Office | | **Locator Code:** | Room A |
| **Found:** | Black Bag #3 - Floor under desk | | | |
| **Description:** | Seized Per Warrant | HP G60-440-US Notebook PC w/power cord S/N: 2CE927J4GL (Not Running) | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 22 | | **Evidence Box:** | 15 |
| **Location:** | Rear Office | | **Locator Code:** | Room B |
| **Found:** | Filing Cabinet 4th Drawer | | | |
| **Description:** | Seized Per Warrant | Current Records Case Foders w/Payment schedules | | |

Case 3:19-mj-02210   Document 4   Filed 10/21/19   Page 5 of 6 PageID #: 58

| Control #: | 23 | Evidence Box: | 16 |
|---|---|---|---|
| Location: | Rear Office | Locator Code: | Room B |
| Found: | File Cabinet - 4th Drawer | | |
| Description: | Seized Per Warrant    5 Receipt Books fro November 2018 - present day | | |

| Control #: | 24 | Evidence Box: | 16 |
|---|---|---|---|
| Location: | Rear Office | Locator Code: | Room B |
| Found: | Left rear corner of room | | |
| Description: | Seized Per Warrant    Client files 1/25/18-9/15/17 Sarah Redman to Crystal Cashlee | | |

| Control #: | 25 | Evidence Box: | 16 |
|---|---|---|---|
| Location: | Rear Office | Locator Code: | Room B |
| Found: | Left rear corner of room | | |
| Description: | Seized Per Warrant    Files pulled from full box 5/2/13 - 6/13/13 Jose Rivera - Billy Hanson | | |

| Control #: | 26 | Evidence Box: | 16 |
|---|---|---|---|
| Location: | Rear Office | Locator Code: | Room B |
| Found: | Left corner of room | | |
| Description: | Seized Per Warrant    Receipt books | | |

| Control #: | 27 | Evidence Box: | 16 |
|---|---|---|---|
| Location: | Rear Office | Locator Code: | Room B |
| Found: | on floor left rear of office | | |
| Description: | Seized Per Warrant    Receipt Books | | |

| Control #: | 28 | Evidence Box: | 13 |
|---|---|---|---|
| Location: | Front Office | Locator Code: | Room B |
| Found: | Top of Cabinet | | |
| Description: | Seized Per Warrant    Offender Progress Notes (2019); PO Box Application | | |