IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: Premises known as 307A North Main Street, Dickson, TN 37055 ("**Target Location 1**")<br><br>Premises known as an office which occupies the first door on the right after entering the Humphreys County Court House, located at 100 North Court Square, Waverly, TN 37185 (**"Target Location 2"**)<br><br>Premises known as 1230 Grindstone Hollow Road, Dickson, TN 37055 ("**Target Location 3**")<br><br>A 2014 white Kia Optima with VIN Number KNAGN4AD3E5069037 and Tennessee license plate number 0N28V1 registered to Misty A. Elliott ("**Target Location 4**")<br><br>A black 2015 Jeep Grand Cherokee with VIN Number 1C4RJFBG0FC179035 bearing Tennessee License Plate Number Y2291Z registered to Shannon C. Monzon ("**Target Location 5**") | Case No. 3:19-MJ-2209<br>Case No. 3:19-MJ-2210<br>Case No. 3:19-MJ-2211<br>Case No. 3:19-MJ-2212<br>Case No. 3:19-MJ-2213 |

**MOTION TO UNSEAL**

The United States moves this Court to issue an order unsealing the Search Warrant Affidavits so that they may be provided to the defendant in discovery of this matter and become part of the public record. In support of its position, the United States submits the following:

1. On September 19, 2019, the Court signed the above-captioned Search Warrants and Search Warrant Applications, and because they related to an ongoing investigation, ordered that they be placed under seal.

1

2. At this time, the target has been notified of the investigation and has agreed to plead guilty to an Information. The Government requests that the Court issue an order unsealing the Search Warrants and Applications and Affidavits so that they may be provided to the defendant in discovery and so that they may become part of the public record.

    Respectfully submitted,

    DONALD Q. COCHRAN
    United States Attorney for the
    Middle District of Tennessee

    BY: */Kathryn W. Booth*
    Kathryn W. Booth
    Assistant U.S. Attorney
    110 9th Avenue, South, Suite A-961
    Nashville, TN 37203-3870
    Phone: (615) 736-5151
    Email: Kathryn.Booth@usdoj.gov

2

Case 3:19-mj-02210   Document 5   Filed 07/07/20   Page 2 of 2 PageID #: 61